*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christine S Rodriguez
    Debtor(s)

Case No: 17–11302–ref
Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Debtor's failure to pay final fee installment of $135.00 due 4/17/17. (Amended to reflect $135.00 balance due)

will be held before the Honorable Richard E. Fehling, United States Bankruptcy Court

on: 5/25/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

Dated: May 1, 2017

18
Form 175