United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christine S Rodriguez  
      Debtor

Case No. 17-11302-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: May 01, 2017  
                  Form ID: 175     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2017.  
db          +Christine S Rodriguez,    953 Broadway St.,    Bethlehem, PA 18015-2619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2017 at the address(es) listed below:  
       ALEXANDER G. TUTTLE    on behalf of Debtor Christine S Rodriguez agt@tuttlelegal.com  
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    LakeView Loan Servicing, LLC  
        bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       DAVID ALAN EISENBERG    trustee@eisenbergpc.com,    deisenberg@ecf.epiqsystems.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC  
        bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                               TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christine S Rodriguez
    Debtor(s)

Case No: 17–11302–ref
Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Debtor's failure to pay final fee installment of $135.00 due 4/17/17. (Amended to reflect $135.00 balance due)

will be held before the Honorable Richard E. Fehling, United States Bankruptcy Court

on: 5/25/17

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

Dated: May 1, 2017

18
Form 175