United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christine S Rodriguez  
      Debtor

Case No. 17-11302-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: May 19, 2017  
                    Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2017.  
db            +Christine S Rodriguez,   953 Broadway St.,   Bethlehem, PA 18015-2619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2017 at the address(es) listed below:  
       ALEXANDER G. TUTTLE    on behalf of Debtor Christine S Rodriguez agt@tuttlelegal.com  
       BRIAN CRAIG NICHOLAS    on behalf of Creditor   LakeView Loan Servicing, LLC    bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor   LakeView Loan Servicing, LLC    bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Christine S Rodriguez<br>Debtor | | CHAPTER 7 |
| Lakeview Loan Servicing, LLC<br>Movant<br>vs. | | NO. 17-11302 REF |
| Christine S Rodriguez<br>Debtor | | 11 U.S.C. Section 362 |
| David Alan Eisenberg, Esq.<br>Trustee | | |

**ORDER**

AND NOW, upon failure of Debtor(s) and the Trustee to file an Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code (the Bankruptcy Code), is modified with respect to the subject premises located at 21 South 14th Street, Allentown, PA 18102 ("Property"), so as to allow Movant, and any of its successors or assignees, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies.

**Date: May 19, 2017**

United States Bankruptcy Judge.