United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-11302-ref
Christine S Rodriguez                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: admin            Page 1 of 2        Date Rcvd: Jun 09, 2017
                            Form ID: 318           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2017.
```
db              +Christine S Rodriguez,    953 Broadway St.,    Bethlehem, PA 18015-2619
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13872159        +Belden Jewelers/Sterling Jewelers, Inc,    Attn: Bankruptcy,    Po Box 1799,
                  Akron, OH 44309-1799
13872166        +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
13872167         First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
13872170         Heintzelman Funeral Home,    4906 PA 309,    Schnecksville, PA 18078
13872172        +Magisterial District Court 31-01-03,    1428 Hamilton St.,    Allentown, PA 18102-4232
13872173        +Midland Funding,    2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
13872174        +PA Unemployment Compensation,    651 Boas Street,    Harrisburg, PA 17121-0725
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QDAEISENBERG.COM Jun 10 2017 01:03:00      DAVID ALAN EISENBERG,
                  David A. Eisenberg, Esquire,    4167 Winchester Road,    Allentown, PA 18104-1951
smg             +E-mail/Text: robertsl2@dnb.com Jun 10 2017 01:14:18      Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 10 2017 01:13:53
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 10 2017 01:14:29      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13872157         E-mail/Text: ebn@americollect.com Jun 10 2017 01:14:15      Americollect Inc,    Po Box 1566,
                  1851 S Alverno Rd,    Manitowoc, WI 54221
13872156         E-mail/Text: ebn@americollect.com Jun 10 2017 01:14:15      Americollect Inc,    Po Box 1566,
                  Manitowoc, WI 54221
13872158        +EDI: BANKAMER.COM Jun 10 2017 01:03:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                  Greensboro, NC 27420-6012
13872160        +E-mail/Text: banko@berkscredit.com Jun 10 2017 01:13:23      Berks Credit & Collections,
                  Po Box 329,    Temple, PA 19560-0329
13872161        +EDI: CONVERGENT.COM Jun 10 2017 01:03:00      Convergent Outsoucing, Inc,    Po Box 9004,
                  Renton, WA 98057-9004
13872162        +EDI: CCS.COM Jun 10 2017 01:03:00      Credit Collections Svc,    Po Box 773,
                  Needham, MA 02494-0918
13872163        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jun 10 2017 01:15:11
                  Department of Labor & Industry,    Office of UC tax Service,    651 Boas Street,
                  Harrisburg, PA 17121-0725
13872164        +E-mail/Text: electronicbkydocs@nelnet.net Jun 10 2017 01:14:12      Dept Of Ed/582/nelnet,
                  Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
13872165        +E-mail/Text: bknotice@erccollections.com Jun 10 2017 01:14:12      ERC/Enhanced Recovery Corp,
                  8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13872169        +E-mail/Text: bankruptcy@hccredit.com Jun 10 2017 01:15:12      HC Processing Center,
                  Po Box 829,    Springdale, AR 72765-0829
13872171         E-mail/Text: camanagement@mtb.com Jun 10 2017 01:13:26      M & T Bank,    Po Box 844,
                  Buffalo, NY 14240
13872176        +EDI: VERIZONEAST.COM Jun 10 2017 01:03:00      Verizon,    500 Technology Dr,    Suite 500,
                  Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13872168       Gabriel Rodriguez
13872175       Sarco Fcu
                                                                                  TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: admin              Page 2 of 2              Date Rcvd: Jun 09, 2017
                              Form ID: 318             Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2017 at the address(es) listed below:
              ALEXANDER G. TUTTLE     on behalf of Debtor Christine S Rodriguez agt@tuttlelegal.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    LakeView Loan Servicing, LLC
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christine S Rodriguez** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–5027** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **17–11302–ref** | | |

# Order of Discharge                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christine S Rodriguez

6/8/17                                         **By the court:**  Richard E. Fehling
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**